UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHANEIKA GOODMAN,**

    Plaintiff,

v.                                                                           **No. 4:25-cv-01406-P**

**PNC BANK NA, ET AL.,**

    Defendants.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The United State District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** Defendants' Motion to Dismiss (ECF No. 41) is **GRANTED**, and Plaintiffs' First Amended Complaint (ECF No. 38) is **DISMISSED**. Defendants' previous Motions to Dismiss (ECF Nos. 16, 19, 22) are **DENIED as moot.**

**SO ORDERED** on this **27th day of May 2026.**

_____

Mark T. Pittman
UNITED STATES DISTRICT JUDGE